NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK WILLIAM TOWNSEND,**

*Petitioner*

v.

**ENVIRONMENTAL PROTECTION AGENCY,**

*Respondent*

---

2023-1143

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-15-0050-I-1.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

March 16, 2023
　　Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** March 16, 2023